THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH C. STENCIL et al., Appellants, *v.* HENRY HULL, as Sheriff of the County of Orange, Respondent.

*Appeal — failure to obtain permission to appeal and to file undertaking.*

Reported below, 219 App. Div. 793.

(Submitted June 6, 1927; decided June 14, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 2, 1927, which affirmed an order of Special Term dismissing writs of habeas corpus.

The motion was made upon the ground that' permission to appeal had not been obtained and upon the further ground of failure to file the required undertaking.

*Elmer H. Lemon, District Attorney,* for motion.

*Henry Hirschberg* opposed.

Motion granted and appeal dismissed unless within twenty days appellants comply with requirements of section 593 of the Civil Practice Act in which event motion will be denied, without costs.

---

CORNELIUS LANAHAN, Respondent, *v.* HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.

*Appeal — motion to dismiss appeal denied.*

Reported below, 219 App. Div. 818.

(Submitted June 13, 1927; decided June 14, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1927, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that no questions of law were presented for review.

*Thomas F. Franklin* and *Theodore H. Lord* for motion.

*Ambrose Clogher* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.